IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACEY A. SMART, *Personal Representative of the Estate of William J. Smart, Decedent*,<br><br>Plaintiff,<br><br>v.<br><br>PHOENIX LITHOGRAPHING CORPORATION, et al.,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 21-486-KSM |

## ORDER

**AND NOW**, this 10th day of August, 2022, upon consideration of Defendants' Partial Motion to Dismiss (Doc. No. 20), Plaintiff's response (Doc. No. 22), and Defendants' reply (Doc. No. 36), it is **ORDERED** that Defendants' Motion is **GRANTED**, and Plaintiff's retaliation claims (Counts II, IV, and VII) and aiding abetting claims against Defendant Anello (Counts V and VIII) are **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.